# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Thomas Brice Velasco,<br><br>　　　　Defendant. | No. CR-18-00394-001-TUC-CKJ (DTF)<br><br>**REPORT AND RECOMMENDATION** |

　　　　The matter having come before the court on the alleged violation of supervised release, the defendant consenting to the magistrate judge's jurisdiction, and the court having considered the witnesses and exhibits offered by the parties, the court finds that the government established by a preponderance of the evidence that the defendant violated condition number one by committing the offense of possession of liquor on the Tohono O'Odham Nation. The court therefore recommends that the defendant's supervised release be revoked.

　　　　That parties have fourteen days to file their objections.

　　　　Dated this 4th day of October, 2021.

Honorable D. Thomas Ferraro
United States Magistrate Judge