IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>vs.<br>Thomas Brice Velasco,<br>        Defendant. | No. CR 18-394-TUC-CKJ (DTF)<br><br>**ORDER** |

On October 5, 2021, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R & R") (Doc. 137) in which he recommended the supervised release of Defendant Thomas Brice Velasco ("Velasco") be revoked. No objection has been filed.

The standard of review that is applied to a magistrate judge's report and recommendation is dependent upon whether a party files objections – the Court need not review portions of a report to which a party does not object. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Nonetheless, "while the statute does not require the judge to review an issue de novo if no objections are filed, it does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154; *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear

error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing portions of the Report and Recommendation for which no objections were filed for clear error).

  The Court has independently reviewed and considered the R & R and related documents and finds no error in the R & R.  Accordingly, IT IS ORDERED:

  1. The Report and Recommendation (Doc. 137) is ADOPTED.

  2. The Court finds that the government has established by a preponderance of the evidence that Velasco violated condition number one by committing the offense of possession of liquor on the Tohono O'Odham Nation.

  3. Velasco's supervised release is REVOKED.

  4. This matter is set for Final Disposition Hearing on November 23, 2021, at 10:00 a.m.

  DATED this 26th day of October, 2021.

_____
Cindy K. Jorgenson
United States District Judge